CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770
E mail: c.fry@att.net

Attorney for YOLANDA BANKS,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | No. CR.S-10-421-JAM |
| )                                                       | |
| Plaintiff,      ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v.      ) | |
| YOLANDA BANKS,      ) | |
| Defendant.      ) | |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the status conference presently scheduled in the above matter for June 14, 2011, be continued to July 19, 2011, at 9:30 a.m.

This continuance is requested by both parties.  The parties respectfully represent that they are attempting to resolve various issues and are actively engaged in negotiations to resolve this matter by plea or other disposition by or before July 19, 2011.  Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through July 19, 2011,  to provide reasonable time for defense preparation of the case, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).  The parties further stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

| | |
|---|---|
| Dated: June 10, 2011 | /s/ Candace A. Fry<br>CANDACE A. FRY, Attorney for<br>YOLANDA BANKS, Defendant |
| Dated: June 10, 2011 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By /s/ Candace A. Fry for<br>PHILIP A. FERRARI, Assistant<br>United States Attorney |
| | (Signed for Mr. Ferrari with his prior authorization) |

**O R D E R**

IT IS HEREBY ORDERED:

The status conference now set for June 14, 2011, is hereby continued to July 19, 2011, at 9:30 a.m. and time under the Speedy Trial Act between today's date and July 19, 2011, is excluded under 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4 to provide the defendant time to adequately prepare. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: 6/13/2011

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE